**Appeal Dismissed and Memorandum Opinion filed December 29, 2022.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-22-00704-CV

---

**MICHAEL OLSZAK GONZALES, Appellant**

**V.**

**REGINA GONZALES, Appellee**

---

**On Appeal from the Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 501867**

---

### MEMORANDUM OPINION

This appeal is from an order signed August 30, 2022 appointing a permanent guardian of a ward's person and estate. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On October 28, 2022, notification was transmitted to appellant of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed. On November 17, 2022, appellant was ordered to provide this court with proof of payment for the record on or before November 28, 2022. *See* Tex. R. App. P. 4.1(a), 35.3(c). In the order, the court notified appellant that failure to comply with the court's order would make the appeal subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 37.3(b). Appellant has not filed any response demonstrating he has paid for the record. Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.